STATE OF NEW JERSEY, DEFENDANT-RESPONDENT, v.
FREDERICK WALTER SMIGELSKI,
PROSECUTOR-APPELLANT.

Argued October 11, 1948—Decided October 18, 1948.

*Mr. Anthony A. Calandra* argued the cause for prosecutor-appellant.

*Mr. Horace K. Roberson* and *Mr. William P. Gannon* filed a brief for the defendant-respondent.

PER CURIAM.  The appellant seeks to quash the indictment or in the alternative to transfer it to the Juvenile and Domestic

Relations Court of Hudson County. The appeal must be dismissed because the record shows no final judgment in the Supreme Court but merely a dismissal of the writ in question. *State v. Ireland,* 127 *N. J. Law* 558 *(E. & A.* 1942).

However, we examined the case upon its merits and have concluded that it is controlled by *In re Mei,* 122 *N. J. Eq.* 125 *(E. & A.* 1937).

The appeal is dismissed.

*For dismissal:* Chief Justice VANDERBILT and Justices CASE, HEHER, OLIPHANT, WACHENFELD, BURLING, and ACKERSON—7.